IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RENEE ROHRBAUGH, | : |
| Plaintiff, | : |
| v. | : |
| | : C.A. No.: 06-783 JJF |
| MICHAEL J. ASTRUE, Commissioner of the Social Security, | : |
| Defendant. | : |

### ORDER

AND NOW, this 4 day of December, 2007, upon consideration of Plaintiff's Motion for Enlargement of Time, it is hereby ordered that the time in which the Plaintiff may file her Motion for Summary Judgment or with Accompanying Opening Brief is enlarged to January 2, 2008.

_____
JUDGE