IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

RENEE ROHRBAUGH, :
:
    Plaintiff, :
:
v. :
: C.A. No.: 06-783 JJF
:
MICHAEL J. ASTRUE, Commissioner of :
the Social Security, :
:
    Defendant. :

### ORDER

AND NOW, this  7  day of  March , 2008, upon consideration of Plaintiff's Motion for Enlargement of Time, it is hereby ordered that the time in which the Plaintiff may file her Reply Brief to April 7, 2008.

_____
JUDGE